# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

NOTICE OF CASE ASSIGNMENT

Judge  Mazzant

CAUSE STYLE:                                                CAUSE NO:

Mack                                                                    4:18cv00006
   V.
Experian Information et al

  This is to advise you that the above cause has been filed/transferred and bears the above case number and style.  All future instruments should be referred to by this number and filed with the appropriate divisional office of the Eastern District of Texas.

  You are further advised that this case has been assigned to the above named judge.

Date:  January 3, 2018