# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| David E. Mack, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>Experian Information Solutions, Inc.; )<br>Trans Union LLC; Equifax, Inc., )<br>)<br>    Defendants. )<br>) | NO. 4:18-cv-00006-ALM-CAN<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Richard J. Johnson, enters his appearance as lead attorney in the above-referenced proceedings for Defendant Experian Information Solutions, Inc. ("Experian").

Dated: January 25, 2018

Respectfully submitted,

   */s/ Richard J. Johnson*
Richard J. Johnson
Lead Attorney
Texas State Bar No. 24088799
JONES DAY
2727 North Harwood Street
Suite 500
Dallas, Texas  75201-1515
Telephone: (214) 969-3788
Facsimile:  (214) 969-5100

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 25, 2018.

I further certify that I caused a copy of the foregoing document and a copy of the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participant on January 25, 2018:

>David E. Mack
>7720 McCallum Blvd No. 2099
>Dallas, TX 75252

                                        */s/ Richard J. Johnson*
                                        Richard J. Johnson