UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| David E. Mack, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   NO. 4:18-cv-00006-ALM-CAN ) |
| Experian Information Solutions, Inc.; Trans Union LLC; Equifax, Inc., | ) )   **JURY TRIAL DEMANDED** ) |
|     Defendants. | ) ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Experian Information Solutions, Inc. ("Experian") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a) Central Source LLC

    (b) Online Data Exchange LLC

    (c) New Management Services LLC

    (d) VantageScore Solutions LLC

    (e) Opt-Out Services LLC

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: January 25, 2018    Respectfully submitted,

　　　*/s/ Richard J. Johnson*
Richard J. Johnson
Lead Attorney
Texas State Bar No. 24088799
JONES DAY
2727 North Harwood Street
Suite 500
Dallas, Texas  75201-1515
Telephone: (214) 969-3788
Facsimile:  (214) 969-5100

John A. Vogt
(*pro hac vice forthcoming*)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
javogt@jonesday.com

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 25, 2018.

I further certify that I caused a copy of the foregoing document and a copy of the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participant on January 25, 2018:

> David E. Mack
> 7720 McCallum Blvd No. 2099
> Dallas, TX 75252

>                          */s/ Richard J. Johnson*
>                          Richard J. Johnson