# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DAVID E. MACK, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) Civil Case No. 4:18-cv-00006-ALM-CAN |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al. | ) |
|  | ) |
| Defendants. | ) |

## DEFENDANT EQUIFAX INC.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Equifax Inc. submits the following Corporate Disclosure Statement:

Equifax Inc. is publicly traded company on the NYSE. It has no parent corporation or other corporation owning more than 10% of its stock.

Dated: February 2, 2018

Respectfully submitted,

KING & SPALDING LLP

/s/ *Kendall W. Carter*
Kendall W. Carter
Texas Bar No. 24091777
kcarter@kslaw.com
1180 Peachtree Street NE
Atlanta, GA 30309
Tel (404) 572-2459

*Counsel for Equifax Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Court using the CM/ECF system, which will send notification of such filing to the following:

Richard J Johnson
Jones Day - Dallas
2727 North Harwood Street
Dallas, TX 75201-1515

Kristin Lee Marker
Strasburger & Price, LLP - Frisco
2600 Dallas Parkway, Suite 600
Frisco, TX 75034

And via U.S. Mail to:

David E Mack
7720 McCallum Blvd No. 2099
Dallas, TX 75252

Dated: February 2, 2018.

*/s/ Kendall W. Carter*
Kendall W. Carter