**FILED**

FEB 0 6 2018

Clerk, U.S. District Court
Texas Eastern

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>David E. Mack  2/1/18 |
| 1. Article Addressed to:<br>DAVID E MACK<br>7720 McCALLUM BLVD<br>No. 2099<br>DALLAS, TX 75252<br><br>4:18CV6    ORDER [9] | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7014 2120 0004 3005 1909 |

PS Form 3811, July 2013     Domestic Return Receipt