IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DAVID E. MACK,

    Plaintiff,

v.                                                           Case No. 4:18-cv-00006-ALM-CAN

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, and EQUIFAX INC.,

    Defendants.

**PROPOSED ORDER GRANTING DEFENDANT**
**TRANS UNION LLC'S MOTION TO DISMISS PLAINTIFF'S**
**<u>COMPLAINT UNDER RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM</u>**

This Court, having considered Defendant Trans Union LLC's Motion to Dismiss under Rule 12(b)(6) for Failure to State a Claim, and finds that the Motion is well taken and should in all respects be GRANTED in its entirety.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint is dismissed pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.