IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DAVID E. MACK,

    Plaintiff,

v.                                                   Case No. 4:18-cv-00006-ALM-CAN

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, and EQUIFAX INC.,

    Defendants.

## **DEFENDANT TRANS UNION LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant Trans Union LLC, through its undersigned counsel and pursuant to Federal Rules of Civil Procedure 7.1, hereby certifies the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with of Goldman Sachs Group, Inc., a publicly traded entity, owns more than 10% of TransUnion's stock. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, also owns more than 10% of TransUnion's stock.

Dated: February 9, 2018.

                                                  Respectfully submitted,

                                                  */s/ Kristin Marker*
                                                  **KRISTIN MARKER**
                                                  Attorney in Charge
                                                  Texas Bar No. 24098036
                                                  kristin.marker@strasburger.com

                            **STRASBURGER & PRICE, LLP**
                            2600 Dallas Parkway, Suite 600
                            Frisco, TX 75034
                            Telephone: (469) 287-3962
                            Facsimile:  (469) 227-6537
                            *Counsel for Defendant Trans Union LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 9th day of February, 2018, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Richard J. Johnson
rjohnson@jonesday.com
Jones Day
2727 North Harwood Street
Dallas, TX 75201
(214) 969-3788
(214) 969-5100 Fax
*Counsel for Experian Information Solutions, Inc.*

Kendall W. Carter
kcarter@kslaw.com
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
(404) 572-2495
(404) 572-5128 Fax
*Counsel for Equifax, Inc.*

and I hereby certify that I have mailed by United States Postal Service the above and foregoing document to the following non-CM/ECF participants:

David E. Mack
7720 McCallum Boulevard, No 2099
Dallas, TX 75252
*Pro Se Plaintiff*

*/s/ Kristin Marker*
**KRISTIN MARKER**