

FILED

FEB 2 6 2018

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | § | |
|---|---|---|
| DAVID E. MACK | § | |
|     Plaintiff, | § | |
| | § | |
| vs | § | Case. No. 4:18-cv-0006-ALM-CAN |
| | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., TRANS UNION, LLC, | § | |
| EQUIFAX INC. | § | |
|     Defendants. | § | |
| | § | |

## NOTICE OF NO SETTLEMENT

NOW COMES the Plaintiff, David E. Mack, and hereby informs the Court that a settlement of the above captioned matter was thought to have been reached between Plaintiff, David E. Mack, and **Defendant Equifax Inc.** (Equifax) on February 2, 2018 when Plaintiff filed a Notice of Settlement with the Court. [Doc. 14] Unfortunately the parties have not been able to agree on settlement language as Equifax demands settlement terms that are outside the scope of the original agreement to which Plaintiff will not agree. Equifax has consequently withdrawn its offer of settlement and the parties intend to proceed before the Court.

Respectfully Submitted,

_____
David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642
mack2001@swbell.net

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served on the parties listed below via email on the date below.

**Counsel for Defendant Experian Information Solutions, Inc.**
Richard J. Johnson
JONES DAY
2727 N. Harwood St.
Suite 500
Dallas, Texas 75201
jjohnson@jonesday.com

**Counsel for Defendant Trans Union, LLC**
Kristin Marker
Strasburger & Price, LLP
2600 Dallas Parkway
Suite 600
Frisco, Texas 75034
kristin.marker@strasburger.com

**Counsel for Defendant Equifax, Inc.**
Kendall Carter
King and Spaulding, LLP
1180 Peachtree Street
Atlanta, GA 30309
kcarter@kslaw.com

Dated February 26, 2018

David E. Mack