# Exhibit 1

www.equifax.com/fcra
Atlanta GA 30348

October 26, 2017




To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com



000004897 F0ECE1027171114440000 01 000000
002688337-4796
DAVID E MACK
7720 MCCALLUM BLVD APT 2099
DALLAS, TX 75252-7525

Page 1 of 16      7299073792GAF-002688337- 4796 - 6752 - A