UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| David E. Mack, | ) |
|       Plaintiff, | ) ) ) |
| v. | )   NO. 4:18-cv-00006-ALM-CAN |
| Experian Information Solutions, Inc.; Trans Union LLC; Equifax, Inc., | ) ) ) ) |
|       Defendants. | ) ) |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Autumn Hamit Patterson, enters her appearance as additional counsel of record in the above-referenced proceedings for Defendant Experian Information Solutions, Inc. ("Experian") pursuant to Rule CV-77 of the Local Rules for the United States District Court for the Eastern District of Texas. Richard J. Johnson will remain lead attorney.

Dated: February 28, 2018

Respectfully submitted,

  /s/ *Autumn Hamit Patterson*
Richard J. Johnson
jjohnson@jonesday.com
Texas State Bar No. 24088799
Autumn Hamit Patterson
ahpatterson@jonesday.com
Texas State Bar No. 24092947
JONES DAY
2727 North Harwood St., Suite 500
Dallas, Texas 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

- 2 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 28, 2018.

I further certify that I caused a copy of the foregoing document and a copy of the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participant on February 28, 2018:

>David E. Mack
>7720 McCallum Blvd No. 2099
>Dallas, TX 75252

>_/s/ Autumn Hamit Patterson_
>Autumn Hamit Patterson