

FILED

MAR - 2 2018

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK § | | |
| Plaintiff, § | | |
| § | | |
| vs § | Case. No. 4:18-cv-0006-ALM-CAN | |
| § | | |
| EXPERIAN INFORMATION § | | |
| SOLUTIONS, INC., TRANS UNION, LLC, § | | |
| EQUIFAX, INC. § | | |
| Defendants. § | | |
| § | | |

### NOTICE OF SERVICE OF DISCLOSURES REQUIRED BY FED. R. CIV. P. 26(a)(1)

COMES NOW the Plaintiff who Notices the Court of service of the Disclosures required by Fed. R. Civ. P. 26(a)(1) to counsel of record for all Defendants in this cause of action listed below on March 1, 2018.

Respectfully Submitted,

David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
972-735-9642
mack2001@swbell.net

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served on the parties listed below via email on the date below.

**Counsel for Defendant Experian Information Solutions, Inc.**
Richard J. Johnson
JONES DAY
2727 N. Harwood St.
Suite 500
Dallas, Texas 75201
jjohnson@jonesday.com

**Counsel for Defendant Trans Union, LLC**
Kristin Marker
Strasburger & Price, LLP
2600 Dallas Parkway
Suite 600
Frisco, Texas 75034
kristin.marker@strasburger.com

**Counsel for Defendant Equifax, Inc.**
Kendall Carter
King and Spaulding, LLP
1180 Peachtree Street
Atlanta, GA 30309
kcarter@kslaw.com

Dated March 2, 2018

_____
David E. Mack