# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK, § § § Plaintiff, § § v. § § EXPERIAN INFORMATION SOLUTIONS, § INC., ET AL., § § § Defendants. § | CIVIL ACTION NO. 4:18-CV-006-ALM-CAN |

## ORDER

Pending before the Court is Plaintiff David E. Mack's Motion to Strike Defendant Equifax, Inc.'s Affirmative Defenses [Dkt. 20] ("First Motion to Strike"). Plaintiff's First Motion to Strike seeks to strike certain affirmative defenses asserted in Equifax's Original Answer [Dkt. 11]. On February 22, 2018, Equifax filed its Amended Answer and Defenses to Plaintiff's Complaint [Dkt. 19]. Plaintiff has now also filed his Second Motion to Strike related to Equifax's Amended Answer and Defenses [Dkt. 23]. Accordingly,

**IT IS THEREFORE ORDERED THAT** Plaintiff David E. Mack's Motion to Strike Defendant Equifax, Inc.'s Affirmative Defenses [Dkt. 20] is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

**SIGNED this 9th day of March, 2018.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE