IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK, | § § § § § § § § § § § § | |
| Plaintiff, | | CIVIL ACTION NO. 4:18-CV-006-ALM-CAN |
| v. | | |
| EXPERIAN INFORMATION SOLUTIONS, INC., ET AL., | | |
| Defendants. | | |

## ORDER

Currently pending before the Court are Plaintiff's Motion to Strike Defendant Experian Information Solutions, Inc.'s Affirmative Defenses [Dkt. 13], Defendant Trans Union LLC's Motion to Dismiss Plaintiff's Complaint [Dkt. 16], and Plaintiff's Second Motion to Strike Equifax's Affirmative Defenses [Dkt. 23]. The Court hereby sets each of these pending motions for hearing on ***Wednesday, March 21, 2018 at 2:00 p.m.*** at the United States Courthouse Annex, 200 N. Travis Street, Sherman, Texas before the undersigned. Plaintiff and counsel for each of Defendants are directed to appear. The Parties are directed to meet and confer on Wednesday, March 21, 2018 at 1:30 p.m. at the United States Courthouse Annex in advance of hearing to determine if any of the issues in the Motions can be resolved without the necessity of Court intervention.

**IT IS SO ORDERED**.
**SIGNED this 9th day of March, 2018.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE