UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| David E. Mack, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 4:18-cv-00006-ALM-CAN |
| ) | |
| Experian Information Solutions, Inc.; ) | |
| Trans Union LLC; Equifax, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF DESIGNATION OF ATTORNEY IN CHARGE**

Notice is hereby given that the undersigned attorney, Autumn Hamit Patterson, will be replacing Richard J. Johnson as lead attorney and attorney in charge in the above-referenced proceedings for Defendant Experian Information Solutions, Inc. ("Experian"). Richard J. Johnson will remain as another counsel of record in these proceedings.

Dated: March 13, 2018

Respectfully submitted,

 /s/ Autumn Hamit Patterson
Autumn Hamit Patterson
ahpatterson@jonesday.com
Texas State Bar No. 24092947
Richard J. Johnson
jjohnson@jonesday.com
Texas State Bar No. 24088799
JONES DAY
2727 North Harwood St., Suite 500
Dallas, Texas  75201-1515
Telephone: (214) 220-3939
Facsimile:  (214) 969-5100

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 13, 2018.

I further certify that I caused a copy of the foregoing document and a copy of the notice of electronic filing to be mailed and emailed to the following non-ECF participant on March 13, 2018:

> David E. Mack
> 7720 McCallum Blvd No. 2099
> Dallas, TX 75252
> mack2001@swbell.net

                                        */s/ Autumn Hamit Patterson*
                                        Autumn Hamit Patterson