

FILED
MAR 20 2018
Clerk, U.S. District Court
Texas Eastern

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

|  |  |
|---|---|
| **DAVID E. MACK**  *Plaintiff.* | )<br>)<br>) |
| vs | ) Case No. 4:18-cv-0006-ALM-CAN<br>)<br>) |
| **EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.**  *Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff requests leave of the Court to file an Amended Complaint to add an additional party and clarify claims made.

#### A. Introduction

1. Plaintiff is David E. Mack; Defendants are Experian Information Solutions, Inc. (Experian), Equifax, Inc. (Equifax) and Trans Union LLC (Trans Union).

2. Plaintiff sued Defendants for violations of the FCRA.

3. Defendants Experian and Equifax have filed an Answer while Trans Union filed a Motion to Dismiss which is pending before the Court.

#### B. Argument

4. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227,

230 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a); *Walton v. Mental Health Ass'n*, 168 F.3d 661, 665, (3d Cir. 1999).

5. The court should allow the filing of Plaintiff's amended pleading because it properly corrects deficiencies in Plaintiff's Original Complaint and allows a necessary party to be added to this action.

6. Defendants will not be prejudiced by Plaintiff's amended pleading.

7. Plaintiff is attaching his amended pleading to this Motion.

### C. Conclusion

8. The Plaintiff has amended his Original Complaint to clarify issues presented and to add a necessary additional party to this action. Plaintiff requests the Court grant leave to file the Amended Complaint.

Respectfully Submitted,

David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
972-735-9642
mack2001@swbell.net

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent to the parties listed below by via email on the date below.

**Counsel for Defendant Experian Information Solutions, Inc.**
Autumn Hamit Patterson
JONES DAY
2727 N. Harwood St.
Suite 500
Dallas, Texas 75201
ahpatterson@jonesday.com

**Counsel for Defendant Trans Union, LLC**
Kristin Marker
Strasburger & Price, LLP
2600 Dallas Parkway
Suite 600
Frisco, Texas 75034
kristin.marker@strasburger.com

**Counsel for Defendant Equifax, Inc.**
Kendall Carter
King and Spaulding, LLP
1180 Peachtree Street
Atlanta, GA 30309
kcarter@kslaw.com

Dated March 20, 2018

_____
David E. Mack