# Exhibit 5

Www. Equifax. Com/fcra  
Atlanta GA 30348

October 26, 2017

 EQUIFAX

 To Start An Investigation, Please Visit Us At:  
www.investigate.equifax.com



000004897 F0ECE1027171114440000 01 000000  
002688337-4796  
DAVID E MACK  
7720 MCCALLUM BLVD APT 2099  
DALLAS, TX 75252-7525

# EQUIFAX

CREDIT FILE: October 26, 2017

Confirmation #▓▓▓▓▓▓792

Dear DAVID E MACK:

Thank you for requesting your credit file, commonly called a Consumer Credit Report. Your credit file contains information received primarily from companies which have granted you credit and from public record sources. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may be able to initiate an investigation request via the Internet 24 hours a day, 7 days a week at:

    **www.investigate.equifax.com**

Using the Internet to initiate an on-line investigation request will expedite the resolution of your concerns.

Or you may complete the enclosed Research Request Form and return it to:

    **Equifax Information Services LLC**
    **Www. Equifax. Com/fcra**
    **Atlanta GA 30348**

*NOTE: Sending the Research Request Form to any other address will delay the processing of your request.*

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

**Under the FACT Act, you have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at:** *1-877-SCORE-11*.

---

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at 866-349-5186.

---