**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| DAVID E. MACK, § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO.  4:18-CV-006-ALM-CAN |
| § | |
| v. § | |
| § | |
| EXPERIAN INFORMATION SOLUTIONS, § | |
| INC., ET. AL., § | |
| § | |
| Defendants. | |

**ORDER**

Pending before the Court is Plaintiff David E. Mack's ("Plaintiff") Motion for Leave to File Amended Complaint ("Motion") [Dkt. 34].  After reviewing the Motion, and all relevant filings, and there being no opposition, the Court finds the Motion should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint [Dkt. 34] is **GRANTED** and Plaintiff's First Amended Complaint [Dkt. 35] is deemed filed.

**IT IS SO ORDERED**.

**SIGNED this 21st day of March, 2018.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE