# Exhibit 1

# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: +1 404 572 4600
Fax: +1 404 572 5100
www.kslaw.com

Phyllis B. Sumner
Direct Dial: +1 404 572 4799
Direct Fax: +1 404 572 5100
psumner@kslaw.com

September 7, 2017

To:     Exhibit A; Distribution List

Re:     Data Security Incident Affecting Equifax Inc.

Dear Sir or Madam,

I write on behalf of Equifax Inc. ("Equifax") regarding a cybersecurity incident potentially impacting information relating to approximately 143 million U.S. consumers. The approximate number of potentially impacted residents in your state is identified in Exhibit B. Equifax takes seriously its responsibility to protect the security of personal information, and our priority is to assist consumers who may have been impacted. The circumstances of the incident and the steps Equifax is taking to protect consumers are set forth below.

On July 29, 2017, Equifax discovered that criminals exploited a U.S. website application vulnerability to gain access to certain files. Upon discovery, Equifax acted immediately to stop the intrusion. The company promptly engaged a leading, independent cybersecurity firm that has been conducting a comprehensive forensic review to determine the scope of the intrusion, including the specific data impacted. Equifax also reported the criminal access to law enforcement and continues to work with authorities. While the company's investigation is substantially complete, it remains ongoing and is expected to be completed in the coming weeks.

The information accessed primarily includes names, Social Security numbers, birth dates, addresses and, in some instances, driver's license numbers. In addition, credit card numbers for approximately 209,000 U.S. consumers, and certain dispute documents with personal identifying information for approximately 182,000 U.S. consumers, were accessed. The company has found no evidence of unauthorized access on Equifax's core consumer or commercial credit reporting databases.

Equifax has established a dedicated website, www.equifaxsecurity2017.com, to notify consumers of the incident, help them understand if they were potentially impacted, and provide steps they can take to protect against the potential misuse of their information. In addition to the website, Equifax will send direct mail notices to consumers whose credit card numbers or dispute documents with personal identifying information were impacted.

September 7, 2017
Page 2

Equifax is also offering to all U.S. consumers complimentary credit file monitoring and identity theft protection for one year, even if a consumer is not impacted by this incident. The offering, called TrustedID Premier, includes 3-Bureau credit monitoring of Equifax, Experian and TransUnion credit reports; copies of Equifax credit reports; the ability to lock and unlock Equifax credit reports; identity theft insurance; and Internet scanning for Social Security numbers. Information on how to enroll for this offering is included on the dedicated website. Additionally, Equifax has established a dedicated call center, 866-447-7559, available from 7:00 a.m. to 1:00 a.m. Eastern time, seven days a week, to answer questions about the incident, assist consumers in signing up for the complimentary service, and provide information about how to further protect personal information.

Please do not hesitate to contact me if you have any questions regarding this notification.

Sincerely,

Phyllis B. Sumner

Enclosures

## Exhibit A - Distribution List

| | |
|---|---|
| Steve Marshall<br>Office of the Alabama Attorney General<br>Office of the Attorney General<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | Jahna Lindemuth<br>Alaska Attorney General Office<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>attorney.general@alaska.gov |
| Mark Brnovich<br>Office of the Arizona Attorney General<br>1275 West Washington Street<br>Phoenix, AZ 85007-2926<br>AGInfo@azag.gov | Leslie Rutledge<br>Arkansas Attorney General Office<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>oag@ArkansasAG.gov |
| Xavier Becerra<br>Office of the California Attorney General<br>California Department of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | Cynthia H. Coffman<br>Office of the Colorado Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| George Jepsen<br>State of Connecticut Attorney General's Office<br>55 Elm Street<br>Hartford, CT 06106<br>ag.breach@ct.gov | Karl A. Racine<br>District of Columbia Attorney General<br>441 4th Street, NW<br>Washington, DC 20001<br>dc.oag@dc.gov |
| Matt Denn<br>Delaware Attorney General<br>Delaware Department of Justice<br>Carvel State Building<br>820 N. French St.<br>Wilmington, DE 19801<br>attorney.general@state.de.us | Pam Bondi<br>Office of the Attorney General of Florida<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 |
| Chris Carr<br>Office of the Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | Douglas Chin<br>Department of the Attorney General of Hawaii<br>425 Queen Street<br>Honolulu, HI 96813 |

| | |
|---|---|
| Hawaii Office of Consumer Protection<br>Leiopapa A Kamehameha Building aka State<br>Office Tower<br>235 South Beretania Street<br>Honolulu, Hawaii 96813<br>dcca@dcca.hawaii.gov | Lawrence Wasden<br>State of Idaho Attorney General's Office<br>700 W Jefferson St., Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-0010 |
| Lisa Madigan<br>Illinois Attorney General's Office<br>100 W. Randolph Street<br>Chicago, IL 60601<br>databreach@atg.state.il.us | Curtis T. Hill, Jr.<br>Indiana Attorney General's Office<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204<br>IDTheft@atg.in.gov |
| Tom Miller<br>Office of the Attorney General of Iowa<br>Hoover State Office Bldg.<br>1305 E. Walnut Street<br>Des Moines, IA  50319<br>consumer@iowa.gov | Derek Schmidt<br>Kansas Attorney General<br>120 S.W. 10th Ave., 2nd Floor<br>Topeka, KS 66612-1597 |
| Andy Beshear<br>Office of the Kentucky Attorney General<br>700 Capitol Ave, Suite 118<br>Frankfort, KY 40601-3449 | Jeff Landry<br>Office of the Louisiana Attorney General<br>P.O. Box 94005<br>Baton Rouge, LA 70804-4095<br>ConsumerInfo@ag.louisiana.gov |
| Janet T. Mills<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>breach.security@maine.gov | Brian E. Frosh<br>Office of the Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202<br>Idtheft@oag.state.md.us |
| Maura Healey<br>Office of the Attorney General of<br>Massachusetts<br>One Ashburton Place<br>Boston, MA 02108-1518<br>ago@state.ma.us | Bill Schuette<br>Michigan Department of Attorney General<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI  48909<br>miag@michigan.gov |
| Lori Swanson<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101-2131<br>Attorney.General@ag.state.mn.us | Jim Hood<br>Mississippi Attorney General's Office<br>550 High Street<br>Jackson, MS 39201 |

| | |
|---|---|
| Josh Hawley<br>Missouri Attorney General's Office<br>Supreme Court Building<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO 65102<br>attorney.general@ago.mo.gov | Tim Fox<br>Office of the Montana Attorney General<br>Justice Building, Third Floor<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>contactdoj@mt.gov |
| Montana Office of Consumer Protection<br>P. O. Box 200151<br>Helena, MT 59620-0151<br>contactocp@mt.gov | Doug Peterson<br>Nebraska Attorney General's Office<br>2115 State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509<br>ago.consumer@nebraska.gov |
| Adam Paul Laxalt<br>Office of the Nevada Attorney General<br>100 North Carson Street<br>Carson City, NV 89701<br>AgInfo@ag.nv.gov | Gordon J. MacDonald<br>New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, NH 03301<br>attorneygeneral@doj.nh.gov |
| Christopher S. Porrino<br>Office of the New Jersey Attorney General<br>RJ Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ 08625-0080<br>databreach@cyber.nj.gov | Hector Balderas<br>Office of the New Mexico Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |
| Eric T. Schneiderman<br>Office of the New York Attorney General<br>The Capitol<br>Albany, NY 12224-0341 | Josh Stein<br>North Carolina Attorney General's Office<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| Wayne Stenehjem<br>North Dakota Attorney General's Office<br>600 E. Boulevard Ave.<br>Dept. 125<br>Bismarck, ND  58505<br>ndag@nd.gov | Mike DeWine<br>Ohio Attorney General's Office<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Mike Hunter<br>Oklahoma Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | Ellen F. Rosenblum<br>Office of the Oregon Attorney General<br>Oregon Department of Justice<br>1162 Court Street, NE<br>Salem, OR 97301-4096 |

| | |
|---|---|
| Josh Shapiro<br>Pennsylvania Office of Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 | Puerto Rico Departmento de Asuntos del Consumidor<br>Ave. José De Diego, Pda. 22<br>Centro Gubernamental Minillas<br>Edificio Torre Norte, Piso 7<br>San Juan, PR 00940<br>servicio@daco.pr.gov |
| Peter F. Kilmartin<br>Office of the Rhode Island Attorney General<br>150 South Main Street<br>Providence, RI  02903 | Alan Wilson<br>Office of the South Carolina Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211 |
| Consumer Protection Division of the Department of Consumer Affairs<br>P.O. Box 5757<br>Columbia, SC 29250 | Marty J. Jackley<br>South Dakota Attorney General's Office<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501<br>consumerhelp@state.sd.us |
| Herbert H. Slatery, III<br>Office of the Tennessee Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | Ken Paxton<br>Office of the Texas Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Sean D. Reyes<br>Utah Office of the Attorney General<br>Utah State Capitol Complex<br>350 N. State St., Suite 230<br>Salt Lake City, UT 84114-2320<br>uag@agutah.gov | TJ Donovan<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609-1001<br>ago.cap@vermont.gov |
| Mark R. Herring<br>Office of the Virginia Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 | Bob Ferguson<br>Washington State Office of the Attorney General<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100<br>SecurityBreach@atg.wa.gov |

| | |
|---|---|
| Patrick Morrisey<br>Office of the West Virginia Attorney General<br>State Capitol Complex<br>Bldg. 1, Room E-26<br>Charleston, WV 25305<br>consumer@wvago.gov | Brad Schimel<br>Office of the Wisconsin Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| Peter K. Michael<br>Wyoming Attorney General's Office<br>Kendrick Building<br>2320 Capitol Avenue<br>Cheyenne, WY 82002<br>ag.consumer@wyo.gov | |

## Exhibit B – Approximate Number of Potentially Impacted Residents

Oregon – Approximately 1,721,725