**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| David E. Mack, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Experian Information Solutions, Inc.; Trans )<br>Union LLC; Equifax, Inc.; Equifax )<br>Information Services LLC, )<br>)<br>Defendants. )<br>)<br>) | NO. 4:18-cv-00006-ALM-CAN |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiff David E. Mack and Defendants Experian Information Solutions, Inc., Trans Union LLC, Equifax, Inc., and Equifax Information Services LLC (collectively referred to as the "Parties") file this Joint Motion for Entry of Stipulated Protective Order ("Motion") and would show the Court as follows:

1. Plaintiff David E. Mack filed the instant lawsuit against Defendants Experian Information Solutions, Inc., Trans Union LLC, Equifax, Inc. on January 3, 2018. *See* Docket No. 1.

2. On January 29, 2018, the Court entered its Order Governing Proceedings, *see* Docket No. 9, requiring the Parties to serve Initial Disclosures and to include a copy or description of documents that a party may use to support its claims or defenses.

3. Plaintiff David E. Mack filed a Motion for Leave to File an Amended Complaint on March 20, 2018, *see* Docket No. 34, which the Court granted on March 21,

2018, *see* Docket No. 37. The First Amended Complaint added Equifax Information Services LLC as a defendant in this action. *See* Docket No. 35.

4. The Parties agree that the documents and information relevant to the claims and defenses in this matter include, but are not limited to, trade secrets and confidential or proprietary information belonging to the Defendants and/or personal income, credit and other confidential information of Plaintiff.

5. Consequently, in order to protect the use, handling and disclosure of any such information that is produced or providing in this matter, the Parties request that the Court enter the Stipulated Protective Order attached hereto as Exhibit 1.

6. All Parties agree to the form and substance of the Stipulated Protective Order attached hereto as Exhibit 1, as evidenced by the signatures below.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court grant this Motion, and enter the Stipulated Protective Order attached hereto as Exhibit 1.

Dated: April 24, 2018

Respectfully submitted,

/s/David E. Mack
David E. Mack
7720 McCallum Boulevard, #2099
Dallas, Texas 75252
(972) 735-9642
mack2001@swbell.net
*Plaintiff, pro se*

*/s/Autumn Hamit Patterson*
Autumn Hamit Patterson
Texas Bar No. 24092947
Richard J. Johnson
Texas Bar No. 24088799
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Tel.: (214) 969-2966
Fax: (214) 969-5100
ahpatterson@jonesday.com
*Counsel for Defendant,*
*Experian Information Solutions, Inc.*

*/s/Kendall W. Carter*
Kendall W. Carter
Texas Bar No. 24091777
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Tel.: (404) 572-2495
kcarter@kslaw.com
*Counsel for Defendants, Equifax, Inc. and*
*Equifax Information Services LLC*

*/s/ Kristin Marker*
Kristin Marker
Texas Bar No. 24098036
QUILLING, SELANDER, LOWNDS, WINSLETT &
MOSER, P.C.
7800 N. Dallas Parkway, Suite 560
Plano, TX 75024
Tel.: (214) 560-5442
Fax: (214) 871-2111
kmarker@qslwm.com
*Counsel for Defendant,*
*Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 24, 2018.

I further certify that I caused a copy of the foregoing document to be mailed and emailed to the following non-ECF participant on April 24, 2018:

>David E. Mack
>7720 McCallum Blvd No. 2099
>Dallas, TX 75252
>mack2001@swbell.net

>　　　　　　　　　　　　　　　　　　/s/  Autumn Hamit Patterson
>　　　　　　　　　　　　　　　　　　Autumn Hamit Patterson