**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

David E. Mack,

Plaintiff,

v.

Experian Information Solutions, Inc.; Trans Union LLC; Equifax, Inc.; Equifax Information Services LLC

Defendants.

NO. 4:18-cv-00006-ALM-CAN

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff David E. Mack and Defendants Experian Information Solutions, Inc. ("Experian"), Trans Union LLC ("Trans Union"), Equifax, Inc. ("Equifax"), and Equifax Information Services LLC ("EIS"), hereby stipulate that all claims asserted against Experian, Trans Union, Equifax, and EIS are dismissed with prejudice. Plaintiff Mack wishes to dismiss the action with prejudice due to medical issues, and the Defendants have agreed to the dismissal. Each side shall bear his or its own attorneys' fees and costs, in accordance with the proposed dismissal order filed herewith.

WHEREFORE the Parties respectfully request that the Court enter the Order of Dismissal attached hereto as Exhibit 1.

Dated: July 9, 2018

Respectfully submitted,

*/s/ David E. Mack*

David E. Mack
7720 McCallum Boulevard, #2099
Dallas, Texas 75252
(972) 735-9642
mack2001@swbell.net
*Plaintiff, pro se*

*/s/Autumn Hamit Patterson*

Autumn Hamit Patterson
Texas Bar No. 24092947
Richard J. Johnson
Texas Bar No. 24088799
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Tel.: (214) 969-2966
Fax: (214) 969-5100
ahpatterson@jonesday.com
*Counsel for Defendant,*
*Experian Information Solutions, Inc.*

*/s/ Kendall W. Carter*

Kendall W. Carter
Texas Bar No. 24091777
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Tel.: (404) 572-2495
kcarter@kslaw.com
*Counsel for Defendants, Equifax, Inc. and Equifax Information Services LLC*

*/s/ Kristin Marker*

Kristin Marker
Texas Bar No. 24098036
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
Tel.: (214) 560-5442
Fax: (214) 871-2111
kmarker@qslwm.com
*Counsel for Defendant, Trans Union LLC*

**CERTIFICATE OF SERVICE**

I hereby certify all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 9, 2018.

I further certify that I caused a copy of the foregoing document to be mailed and emailed to the following non-ECF participant on July 9, 2018:

David E. Mack
7720 McCallum Blvd No. 2099
Dallas, TX 75252
mack2001@swbell.net

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson