# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18cv6 |
| | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC.; TRANS UNION LLC; | § | |
| EQUIFAX, INC.; and EQUIFAX | § | |
| INFORMATION SERVICES LLC | | |

### TRANSFER ORDER

It is hereby **ORDERED** that the above-named civil action is transferred to the Honorable Richard A. Schell, effective immediately.

**IT IS SO ORDERED.**

**SIGNED** this 12th day of July, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE