# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK § | |
| § | |
| v. § | Civil Action No. 4:18-CV-6 |
| § | (Judge Schell/Judge Nowak) |
| EXPERIAN INFORMATION SOLUTIONS, § | |
| INC.; TRANS UNION LLC; EQUIFAX, § | |
| INC.; and EQUIFAX INFORMATION § | |
| SERVICES LLC § | |

## ORDER OF DISMISSAL

Before the court is the Parties' Joint Stipulation of Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(ii) (Dkt. #49) ("Joint Stipulation of Dismissal"). After considering the Joint Stipulation of Dismissal, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendants Experian Information Solutions, Inc., Trans Union LLC, Equifax, Inc., and Equifax Information Services LLC are hereby dismissed with prejudice. Costs are taxed against the party incurring same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this the 17th day of July, 2018.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE